IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAIAN BRANDON,** | Case No. C 14-00172 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **GARY SWARTHOUT, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to respond to the Order to Show Cause filed May 30, 2014, and provide the state court record, will be extended to October 1, 2014. If petitioner wishes to file a traverse, he shall do so within 60 days of service of the response.

Dated: 7/21/2014

_____
The Honorable Saundra B. Armstrong

1